■ In the Matter of the Claim of MICHAEL JURECZKO, Respondent. NEW YORK CITY DEPARTMENT OF GENERAL SERVICES, Appellant; JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [627 NYS2d 181] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 27, 1993, which ruled that claimant was entitled to receive unemployment insurance benefits.

Claimant, an engineering technician, was discharged from his provisional appointment because of his failure to take a civil service examination. After a hearing, an Administrative Law Judge determined that claimant had provoked his discharge by failing to take the examination and was, therefore, disqualified from receiving benefits. The Board, however, subsequently reversed this determination and awarded claimant benefits. Inasmuch as there was uncontradicted evidence that claimant was not informed that taking the examination was a condition precedent to becoming a permanent employee, we find that the Board's decision is supported by substantial evidence.

Cardona, P. J., Mercure, White, Peters and Spain, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of JOANN V. SARNA, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [627 NYS2d 586] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 27, 1994, which ruled, *inter alia*, that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Claimant, a legal secretary, left her employment with a large New York City law firm upon being offered a retirement incentive package. Since the evidence is undisputed that claimant left her employment for this reason, we find that substantial evidence supports the Board's finding that she voluntarily left her employment without good cause. Accordingly, we find no reason to disturb the Board's decision.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the decision is affirmed, without costs. Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 5, 1994, which ruled that claimant was ineligible to receive unemployment insurance benefits because he was not available for employment.